UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DESIREE OLKER,**

       **Plaintiff,**

**v.**                                            **Case No. 6:20-cv-355-CEM-DCI**

**EDWARD ZENGEL & SON
EXPRESS, INC.,**

       **Defendant.**

_____

**ORDER**

THIS CAUSE is before the Court on the Joint Motion for Approval of Settlement Agreement ("Joint Motion," Doc. 24). The United States Magistrate Judge issued a Report and Recommendation (Doc. 25), recommending that the Joint Motion be granted in part and denied in part.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 25) is **ADOPTED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement Agreement (Doc. 24) is

   **GRANTED in part** and **DENIED in part**.

   a. The modification provision of the Settlement Agreement, (Doc. 24-1 at 4),[1] is **STRICKEN**.

   b. As modified herein, the Settlement Agreement (Doc. 24-1) is **APPROVED** insofar as it pertains to the FLSA wage claims. The Court makes no finding as to the portion of the Settlement Agreement that pertains to the retaliation claim.

3. This case is **DISMISSED with prejudice**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on August 11, 2021.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

---

[1] The modification provision is the last sentence of paragraph 10 of the Settlement Agreement. (Doc. 24-1 at 4 ("No cancellation, modification, amendment, deletion, addition, or other changes in this Agreement or any provision hereof or any right herein provided shall be effective for any purpose unless specifically set forth in a subsequent written agreement signed by both Employee and an authorized representative of the Company.")).